EXHIBIT A

TO:  VEROBLUE FARMS INC.

      and to the directors thereof

The undersigned hereby subscribes for and agrees to take up 1,250,000 common shares in the capital of VeroBlue Farms Inc. and tenders herewith the sum of $1.25 in full payment of the subscription price for such shares.

The undersigned hereby requests that the said shares be allotted to the undersigned or to such persons as the undersigned may in writing direct, that such shares be issued as fully paid and non-assessable and that a certificate or certificates representing such shares be issued in the name of the undersigned or as the undersigned may, in writing, direct.

DATED as of the 18th day of September, 2014.

**BAJJER, LLC**

Per: _____
      Authorized Signing Officer

I have authority to bind the corporation

EXHIBIT 3

Legal*12486091.3

TO:     VEROBLUE FARMS INC.
        (the "**Corporation**")

and to the directors thereof.

The undersigned, the Chief Executive Officer of the Corporation, hereby certifies that the Corporation has duly received from Bajjer, LLC (the "**Shareholder**") the sum of $1.25 pursuant to a subscription of shares dated as of the date hereof, which $1.25 is the consideration for the issuance by the Corporation of 1,250,000 common shares in the capital of the Corporation to the Shareholder as contemplated in a resolution passed by the board of directors of the Corporation today.

DATED as of the 18th day of September, 2014.

_____
Leslie Wulf

Legal*12486091.3