EXHIBIT B



## NEIGHBORHOOD REALTY

**Buyers Closing Statement**

711 Second St
Webster City, IA
50595
PH 515-832-3364
Fax 515-832-3374

706 1st Ave North
Fort Dodge, IA
50501
PH 515-576-2012
Fax 515-576-1223

1507 Willson Ave Webster City

8/9/2016

| | | Credits | Debits (buyer owes) |
|---|---|---|---|
| Purchase Price | | $0.00 | $300,000.00 |
| Tax: | Annual Taxes $3604 Paid in full | | |
| Tax Prorate | July 1 2015 to August 9th 2016 Credit to buyer | $3,998.96 | $0.00 |
| Earnest Money | | $2,000.00 | |
| Revenue Stamps | Credit to Buyer | $479.20 | $0.00 |
| Recording Fee | Paid out of closing | $0.00 | $0.00 |
| Legal Fees | Paid out of closing | | |
| Interest Adjustment | | | |
| Moving Allowance | | $0.00 | $10,000.00 |
| Inspections | | | $0.00 |
| Appraisal Fee | | | |

Total Debits: $310,000.00
Total Credits: $6,478.16
Due from Buyer: $303,521.84

Amount due from Buyer to be wired to Neighborhood Realty on behalf of the seller.......
Buyer responsible for taxes due September 1 2016 and all subsequent taxes.

SELLERS

Scot and April Ely

BUYERS

Veroblue Farms USA inc.

See attached signature page

x _Bm Hall_
BRUCE A. HALL, CFO

## Closing Statement Signature Page Addendum
Scot and April Ely Sale to Iowa's First, Inc.
1507 Willson Avenue, Webster City, IA

PURCHASER:

IOWA'S FIRST, INC., an Iowa corporation

By: *[signature]*
Name: BRUCE A. HALL, AS CFO
Title: CHIEF FINANCIAL OFFICER

# Closing Disclosure

| Closing Information | | Transaction Information | |
|---|---|---|---|
| Date Issued | | Borrower | Joella M. Grossoehme |
| Closing Date | 5-25-18 | | 10603 Hinterland Dr. |
| Disbursement Date | 5-25-18 | | Fishers, IN 46038 |
| Settlement Agent | Ryan J. Mahoney | Seller | Iowa's First, Inc. |
| File # | 4112.000 | | 401 Des Moines St. |
| Property | 1507 Willson Ave. | | Webster City, IA 50595 |
| | Webster City, IA 50595 | | |
| Sale Price | 232,000 | | |

## Summaries of Transactions

| SELLER'S TRANSACTION | | | | |
|---|---|---|---|---|
| **M. Due to Seller at Closing** | | | | **$232,000.00** |
| 01 | Sale Price of Property | | | $232,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **Adjustments for Items Paid by Seller in Advance** | | | | |
| 09 | City/Town Taxes | to | | $ 0.00 |
| 10 | County Taxes | to | | $ 0.00 |
| 11 | Assessments | to | | $ 0.00 |
| 12 | | to | | $ 0.00 |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| **N. Due from Seller at Closing** | | | | **$189,185.31** |
| 01 | Excess Deposit | | | |
| 02 | Closing Costs Paid at Closing (J) | | | $15,019.90 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | | | |
| 04 | Payoff of First Mortgage Loan to First State Bank | | | 165,152.79 |
| 05 | Payoff of Second Mortgage Loan to Broadmoor Financial | | | 4,757.19 |
| 06 | Mortgage Payoff fee to USPS | | | 24.70 |
| 07 | Recording Fee for Release | | | 10.00 |
| 08 | Seller Credit | | | $ 0.00 |
| 09 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| **Adjustments for Items Unpaid by Seller** | | | | |
| 14 | City/Town Taxes | | to | $ 0.00 |
| 15 | County Taxes | 7-1-17 | to 5-25-18 | 4220.73 |
| 16 | Assessments | | to | $ 0.00 |
| 17 | | | to | $ 0.00 |
| 18 | | | | |
| 19 | | | | |
| **CALCULATION** | | | | |
| Total Due to Seller at Closing (M) | | | | $232,000.00 |
| Total Due from Seller at Closing (N) | | | | ($189,185.31) |
| Cash  ☐ From  ☒ To Seller | | | | $42,814.69 |

## Contact Information

| REAL ESTATE BROKER (B) | |
|---|---|
| Name | Abens Realty |
| Address | 1988 Superior St. |
| | Webster City, IA 50595 |
| __License ID | F05703000 |
| Contact | Tyler Abens |
| Contact __License ID | B43670000 |
| Email | |
| Phone | 515-297-0755 |
| **REAL ESTATE BROKER (S)** | |
| Name | Neighborhood Realty |
| Address | 711 2nd St. |
| | Webster City, IA 50595 |
| __License ID | T05081000 |
| Contact | Stacy Wearda |
| Contact __License ID | B44605000 |
| Email | |
| Phone | |
| **SETTLEMENT AGENT** | |
| Name | Ryan J. Mahoney |
| Address | 615 Story St. |
| | Boone, IA 50036 |
| __License ID | ITG3731 |
| Contact | Ryan J. Mahoney |
| Contact __License ID | AT4948 |
| Email | ryan@jordanmahoney.com |
| Phone | 515-432-4510 |



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

# Closing Cost Details

|  |  | Seller-Paid | |
|---|---|---:|---:|
|  |  | At Closing | Before Closing |
| **Loan Costs** | | | |
| **A.** | **Origination Charges** | | |
| 01 | .147% of Loan Amount (Points) | | |
| 02 | Processing fee | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B.** | **Services Borrower Did Not Shop For** | | |
| 01 | Appraisal Fee | | |
| 02 | Credit Report Fee | | |
| 03 | Flood Certification fee | | |
| 04 | UP front MIP | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| **C.** | **Services Borrower Did Shop For** | | |
| 01 | Abstracting to Hamilton County Abstracting Services | 320.00 | |
| 02 | Courier Fees to USPS | | |
| 03 | Lender's insurance to Iowa Title Guaranty | | |
| 04 | Settlement fee to Jordan & Mahoney Law Firm, P.C. | | |
| 05 | Title Examination to Jordan & Mahoney Law Firm, P.C. | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **Other Costs** | | | |
| **E.** | **Taxes and Other Government Fees** | | |
| 01 | Recording Fees   Deed: 17.00   Mortgage: 82.00 | | |
| 02 | Transfer Tax   to: Hamilton County Recorder | 370.40 | |
| **F.** | **Prepaids** | | |
| 01 | Homeowner's Insurance Premium ( mo.) to: | | |
| 02 | Mortgage Insurance Premium ( mo.) to: | | |
| 03 | Prepaid Interest   per day from   to | | |
| 04 | Property Taxes ( mo.) to: | | |
| 05 | | | |
| **G.** | **Initial Escrow Payment at Closing** | | |
| 01 | Homeowner's Insurance   per month for   mo. | | |
| 02 | Mortgage Insurance   per month for   mo. | | |
| 03 | Property Taxes   per month for   mo. | | |
| 04 |   per month for   mo. | | |
| 05 |   per month for   mo. | | |
| 06 |   per month for   mo. | | |
| 07 | | | |
| 08 | Aggregate Adjustment | | |
| **H.** | **Other** | | |
| 01 | Real Estate Commission   6960.00  to:  Neighborhood Realty | $6,960.00 | |
| 02 | Real Estate Commission   6960.00  to:  Abens Realty | $6,960.00 | |
| 03 | | | |
| 04 | Deed Prep to Malloy Law Firm, LLP | 409.50 | |
| 05 | Attorney Fees for POA preparation | | |
| 06 | Recording Fees for Power of Attorney to Hamilton Co. Recorder | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| **J. TOTAL CLOSING CLOSTS** | | $15,019.90 | $ 0.00 |

**CERTIFICATION**

I have carefully reviewed this Closing Disclosure and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Closing Disclosure form.

_____ Seller
Iowa's First, Inc.

To the best of my knowledge the Closing Disclosure which I have prepared is true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____ Settlement Agent   _____ Date
Ryan J. Mahoney

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.