

EXHIBIT

___C___

| 711 Second St | | 706 1st Ave North |
| Webster City, IA 50595 | **Buyers Closing Statement** | Fort Dodge, IA 50501 |
| PH 515-832-3364 | | PH 515-576-2012 |
| Fax 515-832-3374 | | Fax 515-576-1223 |

207 Commerce Drive Webster City                                  7/28/2016

|  |  | Credits | Debits (buyer owes) |
|---|---|---|---|
| **Purchase Price** | Land $120,000. Improvements $209,800. Goodwill $70,200. | $0.00 | $400,000.00 |
| **Tax:** | Annual Taxes $9752 Paid in full | | |
| **Tax Prorate** | July 1 2015 to July 28th 2016 Credit to buyer | $10,500.09 | $0.00 |
| **Earnest Money** | --------------------------------- | | $0.00 |
| **Revenue Stamps** | Credit to buyer | $639.20 | $0.00 |
| **Recording Fee** | Paid out of closing | | $0.00 |
| **Real Estate Taxes - Special** | --------------------------------- | | |
| **Interest Adjustment** | --------------------------------- | | |
| **Rebate to Buyers** | | $0.00 | $0.00 |
| **Inspections** | | | $0.00 |
| **Appraisal Fee** | --------------------------------- | | |

Total Debits:   $400,000.00
Total Credits:  $11,139.29

Amount due from Buyer to be wired to Neighborhood Realty on behalf of the seller……    Due from Buyer:  $388,860.71
Buyer responsible for taxes due September 1 2016 and all subsequent taxes.

**SELLERS**

Larry Hinderks Estate

**BUYERS**

Iowa's First Inc

See attached signature page

*Bru Hall*

BRUCE A. HALL, AS CFO

## CLOSING STATEMENT

**SELLER:**  Iowa's First, Inc.

**BUYER:**  John A. Ruppel

**LEGAL DESCRIPTION:**  Auditor's Parcel Letter "A of Lot 1", Southeast Development Park #4 in Webster City, Iowa, per Survey Cabinet Slide 118A, page 10 filed on September 9, 2009.

**CLOSING DATE:**  April 13, 2018

---

| | | |
|---|---|---:|
| Purchase Price | $ | 135,000.00 |
| Less earnest money (held in Davis Brown Law Firm Trust Account) | - | 10,000.00 |
| Less prorated real estate taxes covering period 07/01/17 through 04/12/18 ($8,550 [full year] x 286 days ÷ 365 days) | - | 6,699.45 |
| Plus deed recording | + | 15.00 |
| Balance due at closing (payable to and held in Johnson Law Firm Trust Account) | $ | 118,315.55 |

*Total amount held in Johnson Law Firm Trust Account*  $ 118,315.55

Less expenses:

- Johnson Law Firm (e-record) – revenue stamps   -  215.20
- Johnson Law Firm (e-record) – deed recording fee   -  15.00
- Johnson Law Firm (e-record) – partial mortgage release recording fee   -  15.00
- Hamilton County Abstracting Services, Inc. – abstracting   -  P.O.C.
- Davis Brown Law Firm – Seller's legal fees   -  P.O.C.

Net proceeds to Davis Brown Law Firm Trust Account   $ 118,070.35

Note:  Johnson Law Firm to prepare 1099.

**Agreed to:**

    **"SELLER"**                                                                                        **"BUYER"**

**Iowa's First, Inc.**

**By**_____                    _____
                                                                  **John A. Ruppel**