EXHIBIT

C

exhibitsticker.com



**NEIGHBORHOOD**
R E A L T Y

## Buyers Closing Statement

711 Second St
Webster City, IA
50595
PH 515-832-3364
Fax 515-832-3374

706 1st Ave North
Fort Dodge, IA
50501
PH 515-576- 2012
Fax 515-576-1223

207 Commerce Drive Webster City

7/28/2016

| | | Credits | Debits (buyer owes) |
|---|---|---|---|
| **Purchase Price** | Land $120,000. Improvements $209,800. Goodwill $70,200. | $0.00 | $400,000.00 |
| **Tax:** | Annual Taxes $9752 Paid in full | | |
| **Tax Prorate** | July 1 2015 to July 28th 2016 Credit to buyer | $10,500.09 | $0.00 |
| **Earnest Money** | | $0.00 | |
| **Revenue Stamps** | Credit to buyer | $639.20 | $0.00 |
| **Recording Fee** | Paid out of closing | | $0.00 |
| **Real Estate Taxes - Special** | | | |
| **Interest Adjustment** | | | |
| **Rebate to Buyers** | | $0.00 | $0.00 |
| **Inspections** | | | $0.00 |
| **Appraisal Fee** | | | |

| | |
|---|---|
| Total Debits: | $400,000.00 |
| Total Credits: | $11,139.29 |
| Due from Buyer: | $388,860.71 |

**Amount due from Buyer to be wired to Neighborhood Realty on behalf of the seller.......**
**Buyer responsible for taxes due September 1 2016 and all subsequent taxes.**

SELLERS

Larry Hinderks Estate

BUYERS

Iowa's First Inc

See attached signature page

*Bn Hall*

BRUCE A HALL, AS CFO

## CLOSING STATEMENT

| | |
|---|---|
| **SELLER:** | **Iowa's First, Inc.** |
| **BUYER:** | **John A. Ruppel** |
| **LEGAL DESCRIPTION:** | **Auditor's Parcel Letter "A of Lot 1", Southeast Development Park #4 in Webster City, Iowa, per Survey Cabinet Slide 118A, page 10 filed on September 9, 2009.** |
| **CLOSING DATE:** | **April 13, 2018** |

---

| | | |
|---|---|---|
| Purchase Price | $ | 135,000.00 |
| Less earnest money (held in Davis Brown Law Firm Trust Account) | - | 10,000.00 |
| Less prorated real estate taxes covering period 07/01/17 through 04/12/18 ($8,550 [full year] x 286 days ÷ 365 days) | - | 6,699.45 |
| Plus deed recording | + | 15.00 |
| Balance due at closing (payable to and held in Johnson Law Firm Trust Account) | $ | 118,315.55 |

| | | |
|---|---|---|
| ***Total amount held in Johnson Law Firm Trust Account*** | ***$*** | ***118,315.55*** |

Less expenses:

| | | |
|---|---|---|
| • Johnson Law Firm (e-record)  – revenue stamps | - | 215.20 |
| • Johnson Law Firm (e-record)  – deed recording fee | - | 15.00 |
| • Johnson Law Firm (e-record) – partial mortgage release recording fee | - | 15.00 |
| • Hamilton County Abstracting Services, Inc. – abstracting | - | P.O.C. |
| • Davis Brown Law Firm – Seller's legal fees | - | P.O.C. |
| Net proceeds to Davis Brown Law Firm Trust Account | $ | 118,070.35 |

Note:  Johnson Law Firm to prepare 1099.

**Agreed to:**

      **"SELLER"**                                     **"BUYER"**

**Iowa's First, Inc.**

**By**_____

                                          **John A. Ruppel**