**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| VEROBLUE FARMS USA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18-CV-3047 |
| v. | ) | |
| | ) | |
| LESLIE A. WULF, BRUCE A. HALL, | ) | |
| JAMES REA, JOHN E. REA, and | ) | |
| KEITH DRIVER, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO QUASH SUBPOENAS,
OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

Pursuant to Federal Rules of Civil Procedure 45(d)(3) and 26(c) and Local Rule 7(d), Nonparties Grace Nelson, Mark Nelson, Jeff Nelson, Jerita Nelson, Korrine Nelson, and SNB Farms Partnership (collectively, the "Nonparties"), respectfully jointly submit this Motion to Quash Subpoenas noticed by Plaintiff VeroBlue Farms USA, Inc. ("VBF").  In the alternative, Nonparties respectfully request a protective order.  Pursuant to Local Rule 7(d), a brief setting forth the grounds for the motion and citations to authorities is submitted with this motion.

Pursuant to Local Rule 7(k), undersigned counsel left a voicemail message for VBF's counsel, Robert H. Lang on the morning of March 1, 2019, seeking to personally confer in good faith in advance of this filing. Undersigned counsel subsequently sent an email to Mr. Lang to document that request. As of this filing, undersigned counsel has not received communication in response to that request.

WHEREFORE, for the reasons articulated in the accompanying brief, Nonparties request the Court quash the Subpoenas or, alternatively, enter a Protective Order.

_/s/ David M. Caves_

JOSEPH E. SCHMALL (#AT0007023)
 Direct Dial: (319) 861-8729
 Email: jschmall@bradleyriley.com
DAVID M. CAVES (#AT0012961)
 Direct Dial: (319) 861-8728
 Email: dcaves@bradleyriley.com
LAURA M. HYER (#AT0011886)
 Direct Dial: (319) 861-8742
 Email: lhyer@bradleyriley.com
 of
BRADLEY & RILEY PC
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA  52406-2804
Phone: (319) 363-0101
Fax: (319) 363-9824

_ATTORNEYS FOR GRACE NELSON, MARK NELSON, JEFF NELSON, JERITA NELSON, KORRINE NELSON, AND SNB FARMS PARTNERSHIP_

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 1st day of March, 2019. I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Chanda Clark_