IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| VEROBLUE FARMS USA, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-03047-LTS |
| | ) | |
| LESLIE A. WULE, BRUCE A. HALL, JAMES REA, JOHN E. REA, AND KEITH DRIVER,, | ) ) ) | |
| Defendants.. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on March 18, 2019, we caused to be filed with the Northern District of Iowa, Central Division, **Excerpts from March 13, 2019 bankruptcy court hearing quoted in Plaintiff's Resistance to "Nonparties' (Nelsons') Motion to Quash Subpoenas Or For Protective Order [Dkt. 44]**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

VEROBLUE FARMS USA, INC

/s/ Robert H. Lang
One of its Attorneys

Matthew E. Laughlin AT0004515
Holly M. Logan AT0004710
Katelynn T. McCollough AT0013443
DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.
215 10th Street, Suite 1300
Des Moines, IA 50309
515-288-2500
mattlaughlin@davisbrownlaw.com
hollylogan@davisbrownlaw.com
katelynnmccollough@davisbrownlaw.com

Robert H. Lang
Renato Mariotti
Caroline Pritikin
Eileen Boyle Perich
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, IL 60603
312-346-7500 (main)
rhlang@thompsoncoburn.com
rmariotti@thompsoncoburn.com
cpritikin@thompsoncoburn.com
eboyleperich@thompsoncoburn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| VEROBLUE FARMS USA, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-03047-LTS |
| ) | |
| LESLIE A. WULE, BRUCE A. HALL, ) | |
| JAMES REA, JOHN E. REA, AND KEITH ) | |
| DRIVER,, ) | |
| Defendants.. ) | |

# Excerpts from March 13, 2019 bankruptcy court hearing quoted in Plaintiff's Resistance to "Nonparties' (Nelsons') Motion to Quash Subpoenas Or For Protective Order [Dkt. 44]

Matthew E. Laughlin AT0004515
Holly M. Logan AT0004710
Katelynn T. McCollough AT0013443
DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.
215 10th Street, Suite 1300
Des Moines, IA 50309
515-288-2500
mattlaughlin@davisbrownlaw.com
hollylogan@davisbrownlaw.com
katelynnmccollough@davisbrownlaw.com

Robert H. Lang
Renato Mariotti
Caroline Pritikin
Eileen Boyle Perich
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, IL 60603
312-346-7500 (main)
rhlang@thompsoncoburn.com
rmariotti@thompsoncoburn.com
cpritikin@thompsoncoburn.com
eboyleperich@thompsoncoburn.com

```
 1                UNITED STATES BANKRUPTCY COURT

 2              FOR THE NORTHERN DISTRICT OF IOWA

 3
     _____
 4

     In Re Chapter 11 of:
 5
     VEROBLUE FARMS USA, INC.,          Case No. 18-01297
 6
                   Debtor,              March 13, 2019
 7                                      Cedar Rapids, IA

 8
     _____
 9
                         HEARINGS HEARD
10              BEFORE JUDGE THAD J. COLLINS

11   APPEARANCES:

12   For the Debtor:        Dan Childers, Esq.
                            Joe Peiffer, Esq.
13                          Holly Logan, Esq.

14   For Ad Hoc Equity
     Committee (On behalf   Jordan Talsma, Esq.
15   of John Walker):       John Guzzardo, Esq.

16   For Broadmoor
     Financial LP:          Jeff Taylor, Esq.
17
     For Unsecured
18   Creditors Committee:   Kristina Stanger, Esq.
                            Tom Fawkes, Esq.
19
     For Alder Aqua, Ltd.:  Eric Lam, Esq.
20                          Michael Pankow, Esq.

21   For Amstar Acquisitions
     LLC:                   Ron Martin, Esq.
22
     For SNB Farm Partnership:  Laura Hyer, Esq. (by phone)
23
     For U.S. Trustee:      Ashley Zubal, Esq.
24
     Proceedings recorded by:  Bankruptcy Court Personnel
25   Proceedings transcribed by:  Wendy Schneider
```

1  JUDGE COLLINS: All right. Anybody else? All
2  right. Mr. Guzzardo, a lot of problems. A lot of
3  problems you pointed out. I will tell you, I'm not a
4  guy that loves to throw the book at people but I, if I,
5  this is just a warning, I've given this warning in
6  other cases too. Probably just something to think
7  about. Be careful making representations to the
8  District Court and the Bankruptcy Court, that might be
9  different because one of us usually ends up not very
10 happy about it. So, with that said, go ahead and give
11 me your, your response to the Rule 2019 Motion,
12 particularly the comments made by Mr. Childers and Mr.
13 Pankow.
14   MR. GUZZARDO: I understand your admonition, Your
15 Honor, and the information or the statements in the, in
16 the District Court Motion Quash are, are not correct.
17 And that is reflected in the 2019 statements that we
18 have filed in this case.
19   JUDGE COLLINS: Has that been corrected at the
20 District Court?
21   MR. GUZZARDO: I, not to my knowledge. We did not
22 draft that, Your Honor.
23   JUDGE COLLINS: Okay. Go ahead.
24   MR. GUZZARDO: So, I'll just address the arguments
25 as they sort of came in. And the first thing that I

VeroBlue Farms USA, Inc., Debtor                  3.13.19

1   Maniaci was another shareholder who Mr. Lockard reached
2   out to, to assist in generating and, and, and getting
3   other people, minority shareholders on board.  But Mr.
4   Lockard was the, the person who said, yes, let's do an
5   Equity Committee.
6       JUDGE COLLINS:  Who is he, by the way?
7       MR. GUZZARDO:  He is the principle of Fishdish, LLC
8   which has six million preferred shares.
9       JUDGE COLLINS:  Okay.  Yep.  I remember now.
10  Thanks.  Okay.  Keep going.
11      MR. GUZZARDO:  And that, that's, that's the
12  instant.  He is the person who determined to form a
13  Committee and I will, I will not, you know, I will
14  represent to the Court that there have been
15  communications with the founders and they are a source
16  of factual information for us as we continue to
17  prosecute claims and try to defend the interests of
18  minority shareholders in this case.
19      JUDGE COLLINS:  All right.  Anything further?
20      MR. GUZZARDO:  No, Your Honor.
21      JUDGE COLLINS:  Anything further, Mr. Childers?
22      MR. CHILDERS:  If I may briefly, Your Honor.
23      JUDGE COLLINS:  Go ahead.
24      MR. CHILDERS:  There are just two points I'd like
25  to make.  First of all, there have been pleadings filed

## **CERTIFICATE OF SERVICE**

Arianna Thornton, a non-attorney, hereby certifies under penalties as provided by law, that on March 18, 2019, she caused a true and correct copy of the foregoing **Excerpts from March 13, 2019 bankruptcy court hearing quoted in Plaintiff's Resistance to "Nonparties' (Nelsons') Motion to Quash Subpoenas Or For Protective Order [Dkt. 44]** to be served upon counsel of record via ECF system of Iowa:

/s/ Arianna Thornton