IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VeroBlue Farms USA, Inc., | § § | |
| Plaintiff, | § § | No. 3:19-cv-00764-L |
| v. | § § | |
| Leslie A. Wulf, Bruce A. Hall, James Rea, John E. Rea, and Keith Driver, | § § § § | |
| Defendants. | § § | |

---

**APPENDIX IN SUPPORT OF
NON-PARTIES SNB FARM PARTNERSHIP, GRACE NELSON, JEFF NELSON, JERITA NELSON, KORINNE NELSON, AND MARK NELSON'S MOTION TO SEVER AND TRANSFER THEIR MOTION TO QUASH SUBPOENAS TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA**

---

{02610257.DOCX}

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| VeroBlue Farms USA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Leslie A. Wulf, Bruce A. Hall, James Rea, John E. Rea, and Keith Driver, <br><br> Defendants. | Case No. 4:19-mc-00017-CFB |

**NON-PARTIES SNB FARM PARTNERSHIP, GRACE NELSON, JEFF NELSON, JERITA NELSON, KORINNE NELSON, AND MARK NELSON'S MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER**

Non-Parties SNB Farm Partnership ("SNB"), Grace Nelson, Jeff Nelson, Jerita Nelson, Korinne Nelson, and Mark Nelson (collectively "SNB Non-Parties") jointly move the Court to quash the subpoenas issued by Plaintiff VeroBlue Farms USA, Inc. ("VBF") or, in the alternative, for entry of a protective order. In support of this motion, the SNB Non-Parties state as follows:

1. This litigation was originally pending the United States District Court for the Northern District of Iowa, Case No. 18-cv-3047. The complaint [Dkt. No. 1] was filed on July 31, 2018.

2. On February 15, 2019, VBF issued subpoenas *duces tecum* to the SNB Non-Parties. (The subpoenas are included in **Exhibit A**, attached hereto.) Although

the litigation was pending in the Northern District of Iowa, and the SNB Non-Parties are located in the Northern District of Iowa (as explained below), the "place of compliance" (*see* Fed. R. Civ. P. 45(c)) for the subpoenas was in the Southern District of Iowa.

3.   On March 1, 2019, the SNB Non-Parties timely filed a joint Motion to Quash or, in the Alternative, Motion for Protective Order ("Motion to Quash") in the Northern District of Iowa [Dkt. No. 41].[1] Because the SNB Non-Parties reside in Hamilton and Webster Counties, Iowa, the Northern District of Iowa had personal jurisdiction over the SNB Non-Parties.

4.   While the Motion to Quash was pending, the Court transferred the case to the United States District Court for the Northern District of Texas [Dkt. No. 50], a court which is neither the "place of compliance" nor a court with personal jurisdiction over the SNB Non-Parties. Following transfer, the original action was renumbered to N.D. Tex. Case No. 3:19-cv-00764-L. In transferring the case, the Court did <u>not</u> make a finding that "exceptional circumstances" exist under Rule 45(f) to transfer the Motion to Quash to the Northern District of Texas, nor was that issue presented to the Court. [*See* Dkt. No. 50.]

---

[1] A copy of the SNB Non-Parties' March 1, 2019 Motion to Quash, including exhibits thereto, is attached as **Exhibit A** and incorporated herein. A copy of VBF's March 15, 2019 resistance including exhibits thereto [Dkt. No. 44] is attached as **Exhibit B**. A copy of the SNB Non-Parties' March 22, 2019 reply brief [Dkt. No. 49] is attached as **Exhibit C** and incorporated herein.

{02608774.DOCX}   2

5. Indeed, "exceptional circumstances" are <u>not</u> present here. The court in *International Controls and Measurements Corp. v. Honeywell Int'l, Inc.*, 2018 WL 4994189 (D. Minn. Nov. 15, 2018) (denying Rule 45(f) motion to transfer) explained:

> Transfer is not favored, and "[t]he prime concern should be avoiding burdens on local nonparties subject to subpoenas" Advisory Committee Notes to the 2013 Amendment, Federal Rule of Civil Procedure 45(f). Nor should a court considering transfer assume that "the issuing court is in a superior position to resolve subpoena-related motions." *Id*. Exceptional circumstances contemplated by the rule include "when the court has already ruled on issues presented by the motion or the same issues are likely to arise in discovery in many districts." *Id*.

*International Controls*, at *2. *See also Warkins v. Piercy*, 2016 WL 3683010 (E.D. Mo. July 12, 2016) (denying Rule 45(f) motion to transfer).

6. No party to this case has met its burden to make that showing. *See International Controls*, at *2 ("It is the burden of the proponent of transfer to demonstrate that these exceptional circumstances exist.").

7. SNB is a resident and citizen of the State of Iowa, with its partners residing in Hamilton and Webster Counties, both of which are in Northern District of Iowa's Central Division. (*See* April 13, 2019 Decl. of Jeff Nelson, attached hereto as **Exhibit D**.) VBF has not met its burden under Rule 45(f) to show that "exceptional circumstances" require that the Motion to Quash be adjudicated in the Northern District of Texas with respect to SNB. In fact, the United States District Court for the Northern District of Texas lacks personal jurisdiction over SNB.

8. Grace Nelson is a resident and citizen of Hamilton County, Iowa. (*See* April 13, 2019 Decl. of Grace Nelson, attached hereto as **Exhibit E**.) VBF has not met its burden under Rule 45(f) to show that "exceptional circumstances" require

that the Motion to Quash be adjudicated in the Northern District of Texas with respect to Grace Nelson. In fact, the United States District Court for the Northern District of Texas lacks personal jurisdiction over Grace Nelson.

9. Jeff Nelson is a resident and citizen of Hamilton County, Iowa. (*See* April 13, 2019 Decl. of Jeff Nelson, attached hereto as **Exhibit D**.) VBF has not met its burden under Rule 45(f) to show that "exceptional circumstances" require that the Motion to Quash be adjudicated in the Northern District of Texas with respect to Jeff Nelson. In fact, the United States District Court for the Northern District of Texas lacks personal jurisdiction over Jeff Nelson.

10. Jerita Nelson is a resident and citizen of Hamilton County, Iowa. (*See* April 14, 2019 Decl. of Jerita Nelson, attached hereto as **Exhibit F**.) VBF has not met its burden under Rule 45(f) to show that "exceptional circumstances" require that the Motion to Quash be adjudicated in the Northern District of Texas with respect to Jerita Nelson. In fact, the United States District Court for the Northern District of Texas lacks personal jurisdiction over Jerita Nelson.

11. Korinne Nelson is a resident and citizen of Hamilton County, Iowa. (*See* April 14, 2019 Decl. of Korinne Nelson, attached hereto as **Exhibit G**.) VBF has not met its burden under Rule 45(f) to show that "exceptional circumstances" require that the Motion to Quash be adjudicated in the Northern District of Texas with respect to Korinne Nelson. In fact, the United States District Court for the Northern District of Texas lacks personal jurisdiction over Korinne Nelson.

12. Mark Nelson is a resident and citizen of Hamilton County, Iowa. (*See* April 13, 2019 Decl. of Mark Nelson, attached hereto as **Exhibit H**.) VBF has not met its burden under Rule 45(f) to show that "exceptional circumstances" require that the Motion to Quash be adjudicated in the Northern District of Texas with respect to Mark Nelson. In fact, the United States District Court for the Northern District of Texas lacks personal jurisdiction over Mark Nelson.

13. Pursuant to Local Rule 7(d), a brief was submitted with the timely Motion to Quash. [*See* Dkt. No. 41-1, included as part of **Exhibit A** hereto].

14. To the extent Local Rule 7(k) applies to non-parties, Local Rule 7(k) was satisfied as previously discussed. (*See* **Exhibits A** and **C**.)

**WHEREFORE**, for the reasons articulated previously and incorporated herein (*see* **Exhibits A** and **C**), the SNB Non-Parties move the Court to quash the subpoenas or, alternatively, enter a protective order, and to grant the SNB Non-Parties any further relief the Court deems just.

Dated: April 16, 2019          */s/ David M. Caves*
JOSEPH E. SCHMALL (#AT0007023)
    Direct Dial: (319) 861-8729
    Email: jschmall@bradleyriley.com
DAVID M. CAVES (#AT0012961)
    Direct Dial: (319) 861-8728
    Email: dcaves@bradleyriley.com
LAURA M. HYER (#AT0011886)
    Direct Dial: (319) 861-8742
    Email: lhyer@bradleyriley.com
    of
BRADLEY & RILEY PC
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA  52406-2804
Phone:(319) 363-0101
Fax:   (319) 363-9824

*ATTORNEYS FOR GRACE NELSON, MARK NELSON, JEFF NELSON, JERITA NELSON, KORINNE NELSON, AND SNB FARMS PARTNERSHIP*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16, 2019, a true and correct copy of the foregoing document was served electronically on all persons who receive electronic notice through the Court's CM/ECF system.

*/s/ Chanda Clark*

{02608774.DOCX}                                         6

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| VeroBlue Farms USA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Leslie A. Wulf, Bruce A. Hall, James Rea, John E. Rea, and Keith Driver, <br><br> Defendants. | Case No. _____ |

### DECLARATION OF JEFFREY NELSON

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Jeffrey Nelson. I am over the age of 18 and have personal knowledge of the facts stated herein.

2. I am a resident and citizen of Hamilton County, Iowa.

3. I am not a resident or citizen of the State of Texas.

4. SNB Farm Partnership is a general partnership with four partners: (1) Carl M. Nelson, (2) Douglas Nelson, (3) Jeffrey Nelson, and (4) Mark Nelson.

5. Douglas Nelson, Jeffrey Nelson, and Mark Nelson are residents and citizens of Hamilton County, Iowa.

6. Carl Nelson is a resident and citizen of Webster County, Iowa.

7. Carl Nelson, Douglas Nelson, Jeffrey Nelson, and Mark Nelson are not residents or citizens of the State of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2019            _____
                                      Jeffrey Nelson

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| VeroBlue Farms USA, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Leslie A. Wulf, Bruce A. Hall, James Rea, John E. Rea, and Keith Driver,<br><br>    Defendants. | Case No. _____ |

## DECLARATION OF GRACE NELSON

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Grace Nelson. I am over the age of 18 and have personal knowledge of the facts stated herein.

2. I am a resident and citizen of Hamilton County, Iowa.

3. I am <u>not</u> a resident or citizen of the State of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2019

_Grace Nelson_
Grace Nelson

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| VeroBlue Farms USA, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Leslie A. Wulf, Bruce A. Hall, James Rea, John E. Rea, and Keith Driver,<br><br>Defendants. | Case No. _____ |

### DECLARATION OF JERITA NELSON

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Jerita Nelson. I am over the age of 18 and have personal knowledge of the facts stated herein.

2. I am a resident and citizen of Hamilton County, Iowa.

3. I am **not** a resident or citizen of the State of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2019

*Jerita Nelson*
Jerita Nelson

{02608877.DOCX}

App. 10

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| VeroBlue Farms USA, Inc.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Leslie A. Wulf, Bruce A. Hall, James Rea, John E. Rea, and Keith Driver,<br><br>　　Defendants. | Case No. _____ |

### DECLARATION OF KORINNE NELSON

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1.　My name is Korinne Nelson. I am over the age of 18 and have personal knowledge of the facts stated herein.

2.　I am a resident and citizen of Hamilton County, Iowa.

3.　I am _not_ a resident or citizen of the State of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2019

*/s/ Korinne Nelson*
Korinne Nelson

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| VeroBlue Farms USA, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Leslie A. Wulf, Bruce A. Hall, James Rea, John E. Rea, and Keith Driver,<br><br>    Defendants. | Case No. _____ |

## DECLARATION OF MARK NELSON

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Mark Nelson. I am over the age of 18 and have personal knowledge of the facts stated herein.

2. I am a resident and citizen of Hamilton County, Iowa.

3. I am not a resident or citizen of the State of Texas.

4. SNB Farm Partnership is a general partnership with four partners: (1) Carl M. Nelson, (2) Douglas Nelson, (3) Jeffrey Nelson, and (4) Mark Nelson.

5. Douglas Nelson, Jeffrey Nelson, and Mark Nelson are residents and citizens of Hamilton County, Iowa.

6. Carl Nelson is a resident and citizen of Webster County, Iowa.

7. Carl Nelson, Douglas Nelson, Jeffrey Nelson, and Mark Nelson are not residents or citizens of the State of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2019          _____
                                    Mark Nelson