UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VEROBLUE FARMS USA, INC., <br> Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-00764-L |
| LESLIE A. WULF, ET AL., <br> Defendants | § § § | |

## JOINT SETTLEMENT STATUS REPORT

Plaintiff, VeroBlue Farms USA, Inc. ("Plaintiff" or "VBF"), Defendants Leslie A. Wulf, Bruce A. Hall, James Rea, and John ("Ted") Rea ("Founder Defendants"), Defendant Keith Driver ("Driver" and, together with the Founder Defendants, "Defendants"), and Third-Party Defendant Norman McCowan ("McCowan") have conferred and submit this Joint Settlement Status Report pursuant to the Scheduling Order entered by the Court on June 14, 2019 (Dkt. 120).

Plaintiff has engaged in some preliminary settlement discussions with Defendant Keith Driver.  Third-Party Defendant McCowan has not yet had any settlement discussions with the Founder Defendants, who are the Third-Party Plaintiffs, as the third-party claims were recently filed and briefing was just recently completed on Defendant McCowan's 12(b)(6) Motion to Dismiss Third-Party Claims [Dkt. 113] and Motion to Dismiss Third-Party Claims Pursuant to the Texas Citizens Participation Act [Dkt. 114].[1]

---

[1] Third-Party Defendant Bjorn Thelander was served with process on August 6, 2019. [Dkt. No. 139]  He has not yet appeared in the case.  Plaintiff takes no position regarding the propriety or sufficiency of the service on Mr. Thelander. Founder Defendants are still in the process of serving the remaining third-party defendants, as they are all located outside the U.S.

JOINT SETTLEMENT STATUS REPORT– PAGE 1

The parties should be in a better position to conduct meaningful settlement discussions following the resolution of certain legal issues currently pending before the Court, including VBF's pending Motion for Leave to Amend its Amended Complaint [Dkt. 102], Third-Party Defendant Norman McCowan's Rule 12(b)(6) Motion to Dismiss Third-Party Claims [Dkt. 113] and Motion to Dismiss Third-Party Claims Pursuant to the Texas Citizens Participation Act [Dkt. 114], and after the parties have conducted additional discovery.

Furthermore, all parties agree that following the completion of this additional discovery, a mediation with a magistrate judge sitting in this District would be useful to facilitate settlement discussions among the parties. Founder Defendants suggest that any productive mediation will require the presence of a representative from Alder Aqua, Ltd, as it is the sole and controlling shareholder of VBF. Plaintiff's position is that an authorized VBF representative is the appropriate attendee at mediation. The parties will commit to explore the possibility of settlement as the case progresses.

DATED: August 22, 2019.                          Respectfully submitted,

*/s/ Nicole Williams*
Nicole Williams
Texas Bar No. 24041784
nicole.williams@tklaw.com
William L. Banowsky
Texas Bar No. 01697125
bill.banowsky@tklaw.com
Jasmine S. Wynton
Texas Bar No. 24090481
jasmine.wynton@tklaw.com
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
214-969-1149

*/s/ Robert H. Lang*
Robert H. Lang
(appearing *pro hac vice*)
rhlang@thompsoncoburn.com
Patrick Morales-Doyle
(appearing *pro hac vice*)
pmoralesdoyle@thompsoncoburn.com
Caroline Pritikin
(appearing *pro hac vice*)
cpritikin@thompsoncoburn.com
Eileen E. Boyle Perich
(appearing *pro hac vice*)
eboyleperich@thompsoncoburn.com
Adam C. Decker
(appearing *pro hac vice*)
adecker@thompsoncoburn.com
THOMPSON COBURN LLP
55 East Monroe, 37th Floor
Chicago, IL 60603
312-346-7500

**ATTORNEYS FOR PLAINTIFF VEROBLUE FARMS USA, INC. AND THIRD-PARTY DEFENDANT NORMAN MCCOWAN**

*/s/ Kimberly D. Annello*
Kimberly D. Annello
UNDERWOOD PERKINS, PC
5420 LBJ Freeway
Two Lincoln Centre, Suite 1900
Dallas, TX 75240
972-661-5114
kannello@uplawtx.com

**ATTORNEYS FOR DEFENDANTS WULF, HALL, J. REA, AND T. REA**

*/s/ R. Heath Cheek*
R. Heath Cheek
BELL NUNNALLY & MARTIN
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
214-740-1449
hcheek@bellnunnally.com

**ATTORNEYS FOR DEFENDANT DRIVER**

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on August 22, 2019 this document was filed and served to all counsel of record via the Court's ECF system.

                */s/ Jasmine Wynton*
                Jasmine Wynton