AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| VEROBLUE FARMS USA, INC.<br>*Plaintiff*<br>v.<br>LESLIE A. WULF, et al.<br>*Defendant, Third-party plaintiff*<br>v.<br>EVA EBSTEIN, et al.<br>*Third-party defendant* | )<br>)<br>)   Civil Action No. 19-CV-00764-X<br>)<br>)<br>)<br>)<br>) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Eva Ebstein
Adlingenswilerstrasse 24
6006 Lucerne, Switzerland

A lawsuit has been filed against defendant   Leslie A. Wulf, et al.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   VeroBlue Farms USA, Inc.   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Kimberly D. Annello, Underwood Perkins, P.C., 5420 LBJ Freeway, Suite 1900, Dallas, Texas 75240.

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert H. Lang, Renato Mariotti, Caroline Pritikin, and Eileen Boyle Perich, Thompson Coburn, LLP, 55 East Monroe, 37th Floor, Chicago, IL 60603.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   11/21/2019

*CLERK OF COURT*

*s/Yolanda Pace*
*Signature of Clerk or Deputy Clerk*



AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 19-CV-00764-X

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| __VEROBLUE FARMS USA, INC.__<br>*Plaintiff*<br>v.<br>__LESLIE A. WULF, et al.__<br>*Defendant, Third-party plaintiff*<br>v.<br>__EVA EBSTEIN, et al.__<br>*Third-party defendant* | Civil Action No. 19-CV-00764-X |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Dr. Otto Happel
Adlingenswilerstrasse 24
6006 Lucerne, Switzerland

A lawsuit has been filed against defendant __Leslie A. Wulf, et al.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __VeroBlue Farms USA, Inc.__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Kimberly D. Annello, Underwood Perkins, P.C., 5420 LBJ Freeway, Suite 1900, Dallas, Texas 75240.

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert H. Lang, Renato Mariotti, Caroline Pritikin, and Eileen Boyle Perich, Thompson Coburn, LLP, 55 East Monroe, 37th Floor, Chicago, IL 60603.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   11/21/2019

*CLERK OF COURT*

s/Yolanda Pace
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 19-CV-00764-X

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| VEROBLUE FARMS USA, INC. <br> *Plaintiff* <br> v. <br> LESLIE A. WULF, et al. <br> *Defendant, Third-party plaintiff* <br> v. <br> EVA EBSTEIN, et al. <br> *Third-party defendant* | Civil Action No. 19-CV-00764-X |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Jens Haarkoetter
Weststrasse 3
Baar, Switzerland 6340

A lawsuit has been filed against defendant __Leslie A. Wulf, et al.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __VeroBlue Farms USA, Inc.__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Kimberly D. Annello, Underwood Perkins, P.C., 5420 LBJ Freeway, Suite 1900, Dallas, Texas 75240.

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert H. Lang, Renato Mariotti, Caroline Pritikin, and Eileen Boyle Perich, Thompson Coburn, LLP, 55 East Monroe, 37th Floor, Chicago, IL 60603.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date:   11/21/2019

CLERK OF COURT
s/Yolanda Pace

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 19-CV-00764-X

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: