UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VEROBLUE FARMS USA INC., <br>     PLAINTIFF <br><br> v. <br><br> LESLIE A. WULF, BRUCE A. HALL, <br> JAMES REA, JOHN E. REA, KEITH DRIVER, <br> CANACCORD GENUITY LLC, <br> CHRISTINE GAGNE, AND SEAN MANIACI, <br>     DEFENDANTS <br><br> v. <br><br> EVA EBSTEIN, JENS HAARKOETTER, <br> BJORN THELANDER, ANDERS WESTER, <br> NORMAN MCCOWAN, DR. OTTO HAPPEL, <br> AND ALDER AQUA, LTD., <br>     THIRD-PARTY DEFENDANTS | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:19-CV-00764-L |

### SEAN MANIACI'S MOTION TO DISMISS CLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(2)

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant Sean Maniaci ("Mr. Maniaci"), by and through his undersigned attorneys, makes a special appearance for the limited purpose of contesting personal jurisdiction and respectfully files this Motion to Dismiss the Second Amended Complaint (Doc. No. 159) filed by VeroBlue Farms USA, Inc. ("VBF USA") for lack of personal jurisdiction.

In support of Mr. Maniaci's Motion, he has concurrently filed the:

1. Brief in Support of Sean Maniaci's Motion to Dismiss Claims Pursuant to Fed. R. Civ. P. 12(b)(2);

2. Affidavit of Sean Maniaci; and

1

3. Proposed Order.

The undersigned respectfully request this Court dismiss the claims against Sean Maniaci for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

Dated: November 25, 2019

**SCHWARTZ LAW FIRM**

/s/ Michael D. Schwartz
Michael D. Schwartz (WI#1018933, IA#AT0013972, MN#98164)
*Admitted Pro Hac Vice* (pending)
Brandon M. Schwartz (WI#1084533, IA#AT0011248, AZ#035402, MN#392008)
*Admitted Pro Hac Vice* (pending)
600 Inwood Avenue North, Suite 130
Oakdale, MN  55128
(651) 528-6800
brandon@mdspalaw.com
michael@mdspalaw.com
*Attorneys for Defendant Sean Maniaci*

**CLOUSE BROWN PLLC**

/s/ Keith Clouse
*Local Counsel for Attorneys
for Defendant Sean Maniaci*
Keith Clouse State Bar No. 04410300
Jesse Clouse State Bar No. 24105614
1201 Elm Street, Suite 5250
Dallas, TX 75270-2142
Tel. (214) 698-5100
Fac. (214) 747-1316
keith@clousebrown.com
jclouse@clousebrown.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 25, 2019 this document was filed and served to all counsel of record via the Court's ECF system.

/s/ Michael D. Schwartz
Michael D. Schwartz