UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VEROBLUE FARMS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LESLIE A. WULF, BRUCE A. HALL, JAMES REA, JOHN E. RAE, KEITH DRIVER, CANACCORD GENUITY LLC, CHRISTINE GAGNE, and SEAN MANIACI, <br><br> Defendants. | Case No. 3:19-cv-00764-X |

**CANACCORD GENUITY LLC'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 8, 9, 12(b)(2), 12(b)(3), and 12(b)(6), Canaccord Genuity LLC ("Canaccord") moves to dismiss the Second Amended Complaint filed by Plaintiff VeroBlue Farms USA, Inc. ("VBF") in its entirety. As shown in Canaccord's Memorandum in Support filed herewith, this Court lacks personal jurisdiction over Canaccord, this Court is an improper venue for VBF's claims against Canaccord, and the Second Amended Complaint fails to state a claim upon which relief can be granted as to Canaccord.

WHEREFORE, Canaccord respectfully requests that this Court grant its Motion to Dismiss the Second Amended Complaint and dismiss VBF's causes of action with prejudice.

Dated: December 2, 2019

Respectfully submitted,

/s/ Anthony S. Fiotto
Anthony S. Fiotto (Admitted Pro Hac Vice)
(MA BBO #558089)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.:  (617) 570-1000
Fax:  (617) 523-1231
AFiotto@goodwinlaw.com

Eric D. Lawson (Admitted Pro Hac Vice)
(MA BBO #687400)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.:  (212) 813-8800
Fax:  (212) 355-3333
ELawson@goodwinlaw.com

Peter D'Apice
Texas Bar No. 05377783
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Tel.:    (214) 969-4900
Fax:    (214) 969-4999
dapice@sbep-law.com

*Counsel for Canaccord Genuity LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2019 a correct copy of the foregoing was electronically filed and served on all parties of record via the Court's CM/ECF system.

                                    /s/ Anthony S. Fiotto
                                    Anthony S. Fiotto