UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VEROBLUE FARMS USA, INC., <br> Plaintiff, <br><br> v. <br><br> LESLIE A. WULF, ET AL., <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 3:19-CV-00764-X |

## THIRD-PARTY DEFENDANT ALDER AQUA, LTD.'S
## MOTION TO DISMISS AMENDED THIRD-PARTY COMPLAINT
## UNDER RULE 12(b)

Third-Party Defendant Alder Aqua, Ltd. ("Alder Aqua") moves to dismiss the third-party claims brought against it by Defendants/Third-Party Plaintiffs Leslie A. Wulf ("Wulf"), Bruce A. Hall ("Hall"), James Rea ("James Rea"), and John (Ted) Rea ("Ted Rea") in the Amended Third-Party Complaint (Dkt. 186) under:

1. Rule 12(b)(1) because the Court lacks subject-matter jurisdiction;

2. Rule 12(b)(6) because the Amended Third-Party Complaint fails to state a claim against Alder Aqua upon which relief may be granted; and

3. Rule 12(b)(5) because service of process on Alder Aqua was insufficient.

For the forgoing reasons, and as supported by Alder Aqua's accompanying Brief and Appendix, Alder Aqua respectfully requests that this Court dismiss the claims made against it in

the Amended Third-Party Complaint, and grant it such other and further relief to which it may be entitled.

Dated: December 4, 2019.

Respectfully submitted,

By: /s/ John P. Kincade
    John P. Kincade, Esq.    SB# 11429600

2728 N. Harwood Street
Suite 500
Dallas, Texas 75201
(214) 745-5400
(214) 745-5390 (Fax)
Email: jkincade@winstead.com

Elliot Clark
Texas Bar No. 24012428
eclark@winstead.com
**WINSTEAD PC**
401 Congress Avenue, Suite 2100
Austin, Texas 78701-3619
512-370-2800
512-370-2850 (Facsimile)

Kevin T. Keen
Texas Bar No. 24113386
kkeen@winstead.com
**WINSTEAD PC**
24 Waterway Avenue
Suite 500
The Woodlands, Texas 77380
(281) 681-5900
(281) 681-5901 (facsimile)

***ATTORNEYS FOR THIRD-PARTY DEFENDANT, ALDER AQUA, LTD.***

**CERTIFICATE OF SERVICE**

     I certify that on December 4, 2019, this document was filed and served via the Court's ECF system and that a copy was sent via electronic mail to all counsel of record for whom the ECF system did not send an automatic Notice of Electronic Filing.

                                  /s/ John P. Kincade
                                  One of Counsel