UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VEROBLUE FARMS USA, INC., | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:19-CV-00764-X |
| LESLIE A. WULF, BRUCE A. HALL, JAMES REA, | § | |
| JOHN E. REA, AND KEITH DRIVER, | § | |
|    Defendants/Third-Party Plaintiffs, | § | |

**THIRD-PARTY DEFENDANT ALDER AQUA, LTD.'S
MOTION TO STRIKE AMENDED THIRD-PARTY COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 14(a)(4), and subject to its Motion to Dismiss under Federal Rule of Civil Procedure 12(b), Third-Party Defendant Alder Aqua, Ltd. ("Alder Aqua") moves to strike the Amended Third-Party Complaint (Dkt. 186) filed by Defendants/Third-Party Plaintiffs Les Wulf, Ted Rea, James Rea and Bruce Hall (collectively, "Defendants" or "Third-Party Plaintiffs"). Third-party claims are permitted only when the third-party defendants may be liable for all or part of the defendant's liability to the plaintiff, and such claims typically are for secondary liability through contribution or indemnification. But the third-party claims here are not for secondary liability—they are claims that are entirely separate and independent from the Plaintiff's claims even if based on some of the same facts. As a result, the Court should strike the Amended Third-Party Complaint in its entirety.

For the foregoing reasons, and as supported by Alder Aqua's accompanying Brief and Appendix, Alder Aqua respectfully requests that this Court strike the Amended Third-Party Complaint (Dkt. 186) in its entirety and grant it any other relief to which it may be entitled.

Dated: December 4, 2019.

                    Respectfully submitted,

                    By: /s/ John P. Kincade
                        John P. Kincade, Esq.    SB# 11429600

                    2728 N. Harwood Street
                    Suite 500
                    Dallas, Texas 75201
                    (214) 745-5400
                    (214) 745-5390 (Fax)
                    Email: jkincade@winstead.com

                    Elliot Clark
                    Texas Bar No. 24012428
                    eclark@winstead.com
                    **WINSTEAD PC**
                    401 Congress Avenue, Suite 2100
                    Austin, Texas 78701-3619
                    512-370-2800
                    512-370-2850 (Facsimile)

                    Kevin T. Keen
                    Texas Bar No. 24113386
                    kkeen@winstead.com
                    **WINSTEAD PC**
                    24 Waterway Avenue
                    Suite 500
                    The Woodlands, Texas 77380
                    (281) 681-5900
                    (281) 681-5901 (facsimile)

                    ***ATTORNEYS FOR THIRD-PARTY DEFENDANT, ALDER AQUA, LTD.***

## CERTIFICATE OF CONFERENCE

Pursuant to Northern District of Texas Local Civil Rule 7.1, I certify that I conferred with counsel for Third-Party Plaintiffs Kim Annello on December 3, 2019, and counsel for Third-Party Plaintiffs is <u>opposed</u> to this motion and the relief requested therein.

        /s/ Elliot Clark
One of Counsel

## CERTIFICATE OF SERVICE

I certify that on December 4, 2019, this document was filed and served via the Court's ECF system and that a copy was sent via electronic mail to all counsel of record for whom the ECF system did not send an automatic Notice of Electronic Filing.

        /s/ John P. Kincade
One of Counsel